FILED

FEB 2 4 2006

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ 63 _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

MADYUN ABDULHASEEB,            )
                               )
                Plaintiff,     )
                               )
vs.                            )    No. CIV-05-1211-W
                               )
SAM CALBONE et al.,            )
                               )
                Defendants.    )

## ORDER

On December 29, 2005, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this matter and recommended inter alia that the action be dismissed upon filing. Plaintiff Madyun Abdulhaseeb was advised of his right to object, and the matter now comes before the Court not only on Abdulhaseeb's Objection to the Magistrate Judge's Report and Recommendation, but also on Abdulhaseeb's Motion to Amend Original Complaint.

Upon de novo review of the record, the Court concurs with Magistrate Judge Argo's suggested disposition of this matter. It is clear that Abdulhaseeb has failed to sufficiently plead total exhaustion of available administrative remedies, which the United States Court of Appeals for the Tenth Circuit has recognized is "an essential element of . . . [Abdulhaseeb's] claim[s] . . . ." Steele v. Federal Bureau of Prisons, 355 F.3d 1204, 1209 (10th Cir. 2003); e.g., id. at 1210 (complaint that fails to allege requisite exhaustion is tantamount to one that fails to state a claim upon which relief may be granted).

Accordingly, the Court

(1) ADOPTS the Report and Recommendation issued on December 29, 2005;

(2) DISMISSES this matter without prejudice for failure to show complete exhaustion

of administrative remedies; but,

(3) as Magistrate Judge Argo recommended, GRANTS Abdulhaseeb the opportunity to amend his complaint to make the necessary showing under Steele as to those claims that have been administratively exhausted and to that extent, GRANTS Abdulhaseeb's Motion to Amend Original Complaint file-stamped January 25, 2006;

(4) DIRECTS Abdulhaseeb to file his amended complaint within twenty (20) days;

(5) further DIRECTS Abdulhaseeb in amending his complaint,

(a) to use the form complaint recognized in this judicial district, Rule 9.2, Rules of the United States District Court for the Western District of Oklahoma;

(b) to identify and delineate each constitutional right that he contends has been violated and set forth each alleged violation in a separate count with only those facts supporting that claim, including the place and date the alleged violation occurred, the names of the persons involved and an explanation of each person's involvement; and

(c) to describe with specificity the administrative disposition of each exhausted claim that he intends to assert in this lawsuit or submit a copy of the administrative documents that show the administrative disposition of each claim;

(6) ADVISES Abdulhaseeb that any amended complaint that fails to comply with these directives as well as with the directives set forth in Magistrate Judge Argo's Report and Recommendation may be summarily stricken; and

(7) RE-REFERS this matter to Magistrate Judge Argo for further proceedings.

ENTERED this 24rd day of February, 2006.

LEE R. WEST
UNITED STATES DISTRICT JUDGE